UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KWESI ROSS,

        Plaintiff,

    v.                                      **ORDER**
                                          18-CV-1340 (WFK) (PK)

AKIL GUY,

        Defendant.
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

      The Court is in receipt of the request of the Defendant to amend the spoliation instruction contained in the jury charge, or in the alternative, to remove this instruction. *See* ECF No. 97. The Court DENIES the request in its entirety.

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: March 18, 2022
       Brooklyn, New York